UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| V-TEC MACHINE TOOLS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-104 JAR |
| | ) |
| STEVE DAVIS, an individual, d/b/a | ) |
| SMT COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On August 1, 2014, Defendant filed his Motion for Leave to Amend Answer and Counterclaim to reflect that the counterclaim is asserted by Steve Davis, an individual, d/b/a SMT Company. (Doc. No. 11) Pursuant to the Case Management Order issued June 18, 2014, all motions for amendment of pleadings were to be filed no later than August 1, 2014. (Doc. No. 9) Plaintiff has not opposed the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Amend Answer and Counterclaim [11] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and docket Defendant's amended answer and counterclaim which was submitted as an attachment to his motion for leave.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of August, 2014.